UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 1:15-077 |
| | ) | |
| TREY MCCLENDON | ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**J. Travis Griffin,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT J. Travis Griffin** be granted leave of absence for the following period: **October 12, 2015 through October 16, 2015; October 23, 2015 through October 26, 2015; November 5, 2015 through November 6, 2015; November 23, 2015 through November 27, 2015.**

This 21st day of September, 2015.

HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia